

March 11, 2024

**VIA ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: Telecom Business Solution, LLC v. Terra Towers Corp. (2d Circuit Docket 23-7312)**

Dear Ms. Wolfe:

      This firm represents Appellants Terra Towers Corp., TBS Management, S.A. and DT Holdings, Inc. in the above-referenced appeal. Pursuant to Fed R. App. P. 3(b), we would like to request that this Court consolidate Appellants' appeal in this action, Case No. 23-7312, *Telecom Business Solution, LLC v. Terra Towers Corp*, with a parallel appeal in which the Notice of Appeal was timely filed on March 8, 2024 (DE 217) with the Southern District Court of New York, Case No. 22-cv-01761, *Telecom Business Solution, LLC, et al., v. Terra Towers Corp., et al.,* (pending a Case No. before this court).[1]

      The instant action, Case No. 23-7312, relates to the lower courts denial of a motion to vacate the Third Partial Final Award issued in arbitral proceedings between the parties. The Notice of Appeal filed on March 8, 2024, relates to the lower courts denial of a motion to vacate the Fourth Partial Final Award issued in the same arbitration. The latter judgement is based upon the prior and the bases for their appeals are significantly related. Consolidation would therefore serve the interests of judicial efficiency and not cause unfair prejudice to the parties involved.

      Appellants further request that this Court set the deadline of June 7, 2024, for filing Appellants' consolidated brief. The June 7, 2024, deadline is ninety-one (91) days from the filing of the Notice of Appeal, March 8, 2024, making it well within the Court's established briefing schedule in Local Rule 31.2 (a)(1)(A).

      On October 23, 2023, Appellants requested the deadline of January 18, 2024, for filing the opening brief in the instant action. (DE 15). This Court granted the deadline of January 18,

---

[1] Attached to this letter is a copy of the Notice of Appeal (DE 217) filed in Case No. 22-cv-01761, *Telecom Business Solution, LLC, et al., v. Terra Towers Corp., et al.,* with the Southern District Court of New York.

2024, on November 1, 2023. (DE 34). And on December 20, 2023, the Court tolled Appellants' briefing schedule pending a decision in the related appeal before this Court, Case No. 23-144, *Telecom Business Solution, LLC v. Terra Towers Corp*. After oral arguments, the Court decided Case No. 23-144 and issued a Summary Order affirming the District Court's judgement on February 6, 2024. (DE 144).

      Appellants therefore respectfully request that this Court consolidate the two appeals and re-set the deadline for Appellants' opening brief to June 7, 2024. If the Court has any questions, we remain at its disposal.

Respectfully,

*/s/ Juan J. Rodriguez*
Juan J. Rodriguez

cc: All counsel of record (via ECF)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD.,<br><br>*Petitioners,*<br><br>v.<br><br>TERRA TOWERS CORP. and TBS MANAGEMENT, S.A.,<br><br>*Respondents.* | No. 22-cv-1761-LAK<br><br>**NOTICE OF APPEAL** |
| TERRA TOWERS CORP., TBS MANAGEMENT, S.A., and DT HOLDINGS, INC.<br><br>*Cross-Petitioners,*<br><br>v.<br><br>TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD.,<br><br>*Cross-Respondents.* | |

Notice is hereby given that Respondents/Cross-Petitioners Terra Towers Corp, TBS Management, S.A. and Cross-Petitioner DT Holdings, Inc. hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Judgment, dated February 8, 2024 (Dkt. 203), the Memorandum Endorsement, dated February 8, 2024 (Dkt. 202), and from all opinions, orders and rulings subsumed therein or made prior thereto.

Dated:  New York, New York
       March 8, 2024

_____
Juan J. Rodriguez, Esq. *

CAREY RODRIGUEZ LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Phone: 305-372-7474
Fax: 305-372-7475
jrodriguez@careyrodriguez.com
* Admitted Pro Hac Vice

*Counsel for Respondents-Cross-Petitioners Terra Towers Corp., and TBS Management, S.A., and Cross-Petitioner DT Holdings, Inc.*